IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-MJ-1938-JG-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AUSTIN RIDDLEY, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the undersigned upon motion (D.E. 16) filed by attorney Ormond D. Harriott seeking leave to withdraw as counsel of record for Austin Riddley, due to his retention of private counsel. *See* Notice of Attorney Appearance filed by David T. Courie (D.E. 14). The court finds that Ms. Harriott should be granted leave to withdraw as counsel for defendant.

IT IS THEREFORE ORDERED that the motion is ALLOWED, and the appearance of Ormond D. Harriot as counsel for defendant is hereby WITHDRAWN.

SO ORDERED, this 13th day of January 2017.

James E. Gates
United States Magistrate Judge